1  Daniel R. Watkins
   Nevada State Bar No. 11881
2  DW@wl-llp.com
   Brian S. Letofsky
3  Nevada State Bar No. 11836
   Brian.Letofsky@wl-llp.com
4  WATKINS & LETOFSKY, LLP
   400 S. Fourth Street, Suite 280
5  Las Vegas, NV 89101
   Office: (702) 385-5191; Fax: (702) 385-7282
6
   Attorneys for Plaintiff, DOREAS HOLLIDAY
7

8                  **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10 DOREAS BROWN,                              Case No.: 2:16-cv-00145-RCJ-GWF

11               PLAINTIFF;

12     vs.                                    **STIPULATION AND ORDER TO
                                              DISMISS COMPLAINT**
13 CASINO ROYALE, a Nevada corporation;
   BEST WESTERN INTERNATIONAL, INC.
14 a foreign non-profit corporation; FRANK
   GONZALES, an individual; TOM
15 PATTERSON, an individual; KELLY
   KAPRAL, an individual; AND DOES 1-50,
16 inclusive;

17               DEFENDANTS.

18

19     Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby

20 voluntarily dismisses with prejudice the entire action of all parties and all causes of action.

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 //

---

**STIPULATION AND ORDER TO DISMISS COMPLAINT**

-1-

All parties hereby agree and stipulate as follows:

1. All parties and all causes of action related to this matter are hereby dismissed; and

2. All parties to bear their own costs and fees.

Dated this 14th day of July, 2016.                Dated this 14th day of July, 2016.

WATKINS & LETOFSKY, LLP                           GORDON & REES LLP

    /s/    Daniel R. Watkins                         /s/    Liane S. Binowitz

Daniel R. Watkins                                  Robert E. Schumacher
Brian S. Letofsky                                  Liane S. Binowitz
400 S. Fourth Street, Suite 280                    3770 Howard Hughes Parkway, Suite 100
Las Vegas, NV  89101                               Las Vegas, NV  89169
Telephone:  702-385-5191                           Telephone:  702-577-9300
*Attorneys for Plaintiff*                          *Attorneys for Defendants Casino Royale,*
                                                   *Frank Gonzales, Tom Patterson and*
                                                   *Kelly Kapral*

### **ORDER**

IT IS SO ORDERED.

_____
HON. GEORGE FOLEY, JR.
UNITED STATES DISTRICT JUDGE

Dated:___ July 29, 2016 ___

---

**STIPULATION AND ORDER TO DISMISS COMPLAINT**
-2-